IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY DUNCAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06-cv-4070-JPG |
| ) | |
| UNION PACIFIC RAILROAD, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter having come before the Court and the Court having dismissed this action as duplicative,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**NORBERT JAWORSKI**

**DATED:  May 3, 2006**                                            by:s/Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**

- 1 -